UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.                                                      CRIMINAL ACTION NO. 3:25-CR-10-CHB

ISMAEL ESTRADA                                                                DEFENDANTS
ENRIQUE RODRIGUEZ
JOHNNY SMITH
HUMBERTO HUGO TAPIA MEDINA
RICARDO MUNOZ ROSALES

## ORDER

Upon motion of the United States, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Indictment, which was sealed by this Court on February 4, 2025, is hereby **ORDERED UNSEALED** as to Ismael Estrada, Enrique Rodriguez, Johnny Smith, Humberto Hugo Tapia Medina, and Ricardo Munoz Rosales, only.

cc:   United States Attorney